Civil Action No.    **2:26-cv-00394-BRM-JBC**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Michael Sollenberger**
was recieved by me on  **1/27/2026:**

- [X] I personally served the summons on the individual at **11512 SW 12th St, Yukon, OK 73099-0453** on **02/04/2026 at 3:03 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   02/04/2026

*Server's signature*

**David Simpson**
*Printed name and title*

**1333 Windsurf Way
Oklahoma City, OK 73127**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL CASE; COMPLAINT FOR VIOLATIONS OF 42 U.S.C 1981, to Michael Sollenberger with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white male contact 35-45 years of age, 5'10"-6'0" tall and weighing 160-180 lbs.**




Tracking #: **0206973487**