## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JEFFREY BOUEY,

     Plaintiff,

  v.

THE REALREAL, INC., a Delaware
Corporation and
MICHAEL SOLLENBERGER, individually,

     Defendants.

Civil Action No. 2-26-cv-00394-BRM-JBC

## NOTICE OF MOTION TO STAY AND COMPEL ARBITRATION

  **PLEASE TAKE NOTICE,** that on Monday, May 4, 2026, at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendants The RealReal, Inc. and Michael Sollenberger ("Defendants") will move before the Honorable Brian R. Martinotti, U.S.D.J. at the United States District Court for the District of New Jersey located at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101 , in the above matter for an Order staying this action and compelling arbitration.

  **PLEASE TAKE FURTHER NOTICE,** that this motion is being filed in accordance with the procedures set forth in L.CIV.R. 7.1.

  **PLEASE TAKE FURTHER NOTICE,** that in support of the within motion Defendants shall rely upon the Memorandum of Law and Certification of Francis J. Giambalvo, submitted herewith.

  **PLEASE TAKE FURTHER NOTICE,** that Plaintiff's opposition, if any, must be filed by no later than April 20, 2026

1

**PLEASE TAKE FURTHER NOTICE**, that Defendants' reply, if any, must be filed by no later than April 27, 2026

**PLEASE TAKE FURTHER NOTICE,** that oral argument is respectfully requested if any opposition is submitted.

Dated: March 3, 2026                 Respectfully Submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By:        */s/ Francis J. Giambalvo*
              Francis J. Giambalvo, Esq.
              290 W. Mount Pleasant Avenue, Suite 3310
              Livingston, New Jersey 07039
              Phone No.: (973) 549-2500
              Fax No.: (973) 377-1911
              Email: fgiambalvo@grsm.com