**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JEFFREY BOUEY, <br><br> Plaintiff, <br><br> v. <br><br> THE REALREAL, INC., and MICHAEL SOLLENBERGER, <br><br> Defendants. | **Civil Action No.** <br> **2:26-cv-00394-BRM-JBC** |

## CERTIFICATE OF SERVICE

I, Jeffrey Bouey, Plaintiff *pro se*, hereby certify that on March 15, 2026, I caused the following documents to be served upon counsel for Defendants by uploading them to the ADS Pro Se Submission System of the United States District Court for the District of New Jersey for filing and service:

1. Plaintiff's Opposition to Defendants' Motion to Compel Arbitration;

2. Declaration of Jeffrey Bouey in Opposition to Defendants' Motion to Compel Arbitration;

3. Exhibits to Declaration of Jeffrey Bouey (Exhibits A through G);

4. [Proposed] Order Denying Defendants' Motion to Compel Arbitration; and

5. This Certificate of Service.

2

Upon filing through the ADS system, the Clerk will upload these documents to the CM/ECF system, which will send electronic notice to all counsel of record.

Served upon:

        Francis J. Giambalvo, Esq.

        Gordon Rees Scully Mansukhani, LLP

        290 W. Mount Pleasant Avenue, Suite 3310

        Livingston, New Jersey 07039

        (973) 549-2500

        fgiambalvo@grsm.com

        Counsel for Defendants



Jeffrey Bouey, *Pro Se*

Plaintiff

122 Willow Street

Plymouth, PA 18651

jbouey2006@gmail.com

Dated: March 15, 2026

2