**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JEFFREY BOUEY, <br><br> Plaintiff, <br><br> v. <br><br> THE REALREAL, INC., and <br> MICHAEL SOLLENBERGER, <br><br> Defendants. | **Civil Action No.** <br> **2:26-cv-00394-BRM-JBC** |

## [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO COMPEL ARBITRATION

**THIS MATTER** having come before the Court on Defendants' Motion to Compel Arbitration and Stay Case and Discovery (ECF No. 11), and the Court having considered Defendants' Memorandum of Law in Support of the Motion, Plaintiff's Opposition to Defendants' Motion to Compel Arbitration, and the Declaration of Jeffrey Bouey submitted in support thereof, together with all exhibits and papers filed by the parties, and for good cause shown;

**IT IS** on this _____ day of _____, 2026;

**ORDERED**, that Defendants' Motion to Compel Arbitration and Stay Case and Discovery (ECF No. 11) is hereby **DENIED**; and it is further

1

**ORDERED**, that this action shall proceed before this Court in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules of the District of New Jersey; and it is further

**ORDERED**, that in the alternative, if the Court determines that the present record is insufficient to resolve the issue of contract formation, the Court orders limited discovery on the formation and presentation of the alleged arbitration agreement, to be completed within sixty (60) days of the date of this Order, with the motion to be re-noticed upon completion of such discovery.

**SO ORDERED.**

_____

**HON. BRIAN R. MARTINOTTI**
United States District Judge

2